# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Martinez,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Aetna Life Insurance Company; Bank of America Corporation; The Bank of America Long-Term Disability Insurance Plan,<br><br>　　　　Defendants. | CASE NO.  2:15-cv-01182-SRB<br><br>**ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to the stipulation of the parties, and good cause appearing therefore, this Court hereby dismisses this matter with prejudice, each party to bear its own fees and costs.

Dated this 30th day of March, 2016.

_____
Susan R. Bolton
United States District Judge

-1-